[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 23, 2004
THOMAS K. KAHN
CLERK

No. 01-16485

(D. C. Docket No. 99-01259-CV)

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

$242,484.00,

Defendant,

DEBORAH STANFORD, individually and as President,
Director, and Stockholder of Mike's Import & Exports,
U.S.A., a Florida corporation,

Claimant-Appellant.

--------------------------
Appeal from the United States District Court for the
Southern District of Florida
--------------------------

(Opinion November 20, 2003, 351 F.3d 499, 11ᵗʰ Cir. 2003)

(January 23, 2004)

Before EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.